IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 2:06-cr-73 |
| Plaintiff, ) | **ORDER ACCEPTING THE** |
| ) | **STIPULATION OF THE PARTIES** |
| ) | |
| -vs- ) | |
| ) | |
| STEVEN BRUCE CARTIER, ) | |
| ) | |
| Defendant. ) | |

Whereby the parties in this case have submitted a signed Stipulation agreeing that the United States shall have an additional sixty (60) days from the date of this Order to continue forensic analysis of the electronic media seized from the Defendant's residence on April 13, 2006, and that, upon request of the Defendant, shall promptly return to him copies of all files and documents requested and specified by him other than those items specified in the search warrant, any evidence of evidentiary value, or other contraband fruits, instrumentalities, or property subject to forfeiture.

By executing the Stipulation, the Defendant does not waive his right to challenge the search of the Defendant's residence and any evidence obtained from that search.

Dated this 15th day of September, 2006.

_____
Alice R. Senechal
U.S. Magistrate Judge