IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 2:06-cr-73 |
| ) | |
| -vs- ) | |
| ) | ORDER ALLOWING |
| STEVEN BRUCE CARTIER, ) | AMENDMENT OF |
| ) | SUPERSEDING INDICTMENT |
| Defendant. ) | |

The United States moved to amend the Superseding Indictment to correct a date in Count III, and further moved to correct references to Counts Three and Four in the Forfeiture Allegation. At the November 2, 2006 arraignment, defense counsel stated he did not oppose the motions. The United State's Motions to Amend the Indictment are **GRANTED**.

Dated this 10th day of November, 2006.

_____
Alice R. Senechal
U.S. Magistrate Judge